UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BROADCAST MUSIC, INC., MJ PUBLISHING TRUST, doing business as MIJAC MUSIC, SONY/ATV TUNES LLC, doing business as SONY/ATV TREE PUBLISHING, HIDDEN PUN MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., MUSCLE SHOALS SOUND PUBLISHING, a division of Northside Partners, PEERMUSIC III LTD., SONGS OF UNIVERSAL, INC., EMI VIRGIN SONGS, INC., doing business as EMI LONGITUDE MUSIC, UNICHAPPELL MUSIC INC., JOHN FARRAR MUSIC, SONY/ATV SONGS LLC, doing business as SONY/ATV MELODY, ONLY HIT MUSIC, a division of Capital Recovery Assistance Inc., BRO 'N SIS MUSIC, INC., ESTES PARK MUSIC, CHOICE IS TRAGIC MUSIC,

      Plaintiffs,

-vs-                 Case No. 2:11-cv-699-FtM-29SPC

SKEETER B'S INC., doing business as SKEETER B's, JOHN J. CULLEN, IV, individually, DIEDRE C. CULLEN, individually,

      Defendants.
_____

## **ORDER**

  This matter comes before the Court on Plaintiffs' Motion for Extension of Time Up To and Including June 30, 2012, to Serve Defendants (Doc. #7) filed on April 13, 2012. The Plaintiffs move the Court to extend the time for them to serve Defendants with the Complaint up to and including June 30, 2012.

As grounds, the Plaintiffs state they have made numerous attempts to serve Defendants, but with no success. Plaintiffs have produced Returns of Non-Service for all three Defendants (Docs. #7-1 to 7-3), which show that the Process Server made repeated attempts to find Defendants at multiple addresses. Plaintiffs believe that with an extension of time, they will be able to serve all of the Defendants at a new address.

The Court finds good cause to grant Plaintiffs' request.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Motion for Extension of Time Up To and Including June 30, 2012, to Serve Defendants (Doc. #7) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   17th   day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record